RECEIVED

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

JUL 3 0 2015

AT 8:30_____M
WILLIAM T. WALSH
CLERK

KARS 4 KIDS INC
           Plaintiff

           v.

AMERICA CAN!
           Defendant.

Civil Action No.14-cv-7770 (PGS)

ORDER

WHEREAS, this matter having come before the Court, and the parties having amicably resolved the matter and

IT IS on this 30th day of July, 2015,

ORDERED that the matter be and hereby is dismissed with prejudice and without costs, except any party may reopen for good cause shown within sixty days. The court retains jurisdiction over the agreement to enforce the terms.

_____

PETER G. SHERIDAN, U.S.D.J.