Liza M. Walsh
Marc D. Haefner
Christopher J. Borchert
CONNELL FOLEY LLP
One Newark Center
1085 Raymond Boulevard, 19th Floor
Newark, NJ 07102
Phone: (973) 757-1100

Peter D. Vogl
Lisa T. Simpson
Mary Beth Myles
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, New York 10019-6142
(212) 506-5000

*Attorneys for Plaintiff*
*KARS 4 KIDS INC.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| KARS 4 KIDS INC., | : | Civil Action No. 14-7770 (PGS/LHG) |
| Plaintiff, | : | **NOTICE OF MOTION TO ENFORCE THE SETTLEMENT AGREEMENT OR, IN THE ALTERNATIVE, TO REOPEN THIS MATTER** |
| v. | : | |
| AMERICA CAN!, | : | **Oral Argument Requested** |
| Defendant. | : | *Filed Electronically* |

**PLEASE TAKE NOTICE** that, on January 19, 2016, or as soon as the Court deems appropriate, Plaintiff KARS 4 KIDS Inc. ("K4K") shall move pursuant to the Court's July 30, 2015 Order at DE No. 42 and Local Civil Rule 41.1(b) before the Honorable Peter G. Sheridan, U.S.D.J., at the United States District Court for the District of New Jersey, 402 East State Street, Trenton, New Jersey, for the entry of an Order enforcing the parties' settlement

3578030-1

agreement or, in the alternative, to reopen this matter to be litigated on the merits.

**PLEASE TAKE FURTHER NOTICE** that in support of this motion, K4K will rely upon its Memorandum in support of the Motion, the Declaration of Peter D. Vogl with exhibits annexed thereto, and any reply submissions made hereafter.

**PLEASE TAKE FURTHER NOTICE** that K4K respectfully requests oral argument on this motion.

**PLEASE TAKE FURTHER NOTICE** that a proposed Order is also submitted herewith.

|  |  |
|---|---|
|  | CONNELL FOLEY LLP |
| Dated: December 23, 2015 | *s/ Liza M. Walsh* |
|  | Liza M. Walsh |
|  | Marc D. Haefner |
|  | Christopher J. Borchert |
|  | One Newark Center |
|  | 1085 Raymond Boulevard, 19th Floor |
|  | Newark, NJ 07102 |
|  | Phone: (973) 757-1100 |
|  |  |
|  | Peter D. Vogl |
|  | Lisa T. Simpson |
|  | Mary Beth Myles |
|  | ORRICK, HERRINGTON & SUTCLIFFE LLP |
|  | 51 West 52nd Street |
|  | New York, New York 10019-6142 |
|  | (212) 506-5000 |
|  |  |
|  | *Attorneys for Plaintiff KARS 4 KIDS INC.* |