Liza M. Walsh
Marc D. Haefner
Christopher J. Borchert
CONNELL FOLEY LLP
One Newark Center
1085 Raymond Boulevard, 19th Floor
Newark, NJ 07102
Phone: (973) 757-1100

Peter D. Vogl
Lisa T. Simpson
Mary Beth Myles
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, New York 10019-6142
(212) 506-5000

*Attorneys for Plaintiff*
*KARS 4 KIDS INC.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| KARS 4 KIDS INC., | Civil Action No. 14-7770 (PGS/LHG) |
| Plaintiff, | |
| v. | **ORDER GRANTING MOTION TO ENFORCE THE SETTLEMENT AGREEMENT** |
| AMERICA CAN!, | |
| Defendant. | *Filed Electronically* |

**THIS MATTER** having come before the Court upon Motion of Plaintiff KARS 4 KIDS, Inc. ("K4K") for the entry of an Order enforcing the parties' settlement agreement or, in the alternative, reopening this matter to be litigated on the merits; and the Court having considered the submissions of the parties and oral argument, if any; and for good cause shown,

**IT IS**, on this ____ day of _____, 2016;

3578059-1

**ORDERED** that K4K's Motion to Enforce the Settlement Agreement in accordance with the Settlement Terms as defined in ¶ 44 of the Declaration of Peter D. Vogl submitted in support of the Motion is hereby **GRANTED**.

_____
Hon. Peter G. Sheridan, U.S.D.J.

3578059-1