Liza M. Walsh
Marc D. Haefner
Christopher J. Borchert
CONNELL FOLEY LLP
One Newark Center
1085 Raymond Boulevard, 19th Floor
Newark, NJ 07102
(973) 757-1100

Peter D. Vogl
Lisa T. Simpson
Mary Beth Myles
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, New York 10019-6142
(212) 506-5000

*Attorneys for Plaintiff*
*KARS 4 KIDS INC.*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| KARS 4 KIDS INC., | Civil Action No. 14-7770 (PGS/LHG) |
| Plaintiff, | |
| v. | **CERTIFICATE OF SERVICE** |
| AMERICA CAN!, | *Filed Electronically* |
| Defendant. | |

I, Liza M. Walsh, hereby certify that, on the date set forth below, I caused a true and correct copy of the following, submitted on behalf of Plaintiff KARS 4 KIDS, Inc. ("K4K") to be electronically filed with the Clerk of the United States District Court for the District of New

3578057-1

Jersey, Clarkson S. Fisher Building & U.S. Courthouse, 402 East State Street, Trenton, New Jersey, via the Court's electronic filing system:

- Notice of Motion to Enforce Settlement, or in the Alternative, to Reopen This Matter;

- Memorandum of Law;

- Declaration of Peter D. Vogl with exhibits annexed thereto; and

- This Certificate of Service.

I further certify that, on the date set forth below, a true and correct copy of the foregoing documents were served via the Court's electronic filing system and email upon all counsel of record.

I further certify that I will cause a courtesy copy of the aforementioned documents to be sent to the Honorable Peter G. Sheridan, U.S.D.J. and the Honorable Lois H. Goodman, U.S.M.J., at the United States District Court for the District of New Jersey, Clarkson S. Fisher Building & U.S. Courthouse, 402 East State Street, Trenton, New Jersey.

Dated: December 23, 2015                     *s/Liza M. Walsh*
                                             Liza M. Walsh

3578057-1