Liza M. Walsh
Marc D. Haefner
Eleonore Ofosu-Antwi
WALSH PIZZI O'REILLY FALANGA LLP
One Riverfront Plaza
1037 Raymond Blvd., Suite 600
Newark, NJ 07102
(973) 757-1100

*Attorneys for Plaintiff*
*KARS 4 KIDS INC.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| KARS 4 KIDS INC., <br><br> Plaintiff, <br><br> v. <br><br> AMERICA CAN!, <br><br> Defendant. | Civil Action No. 14-7770 (PGS/LHG) <br><br> **NOTICE OF APPEARANCE** <br><br> *Electronically Filed* |

To: William T. Walsh, Clerk
United States District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

**PLEASE TAKE NOTICE** that Eleonore Ofosu-Antwi of Walsh Pizzi O'Reilly Falanga LLP hereby enters an appearance on behalf of Plaintiff Kars 4 Kids, Inc., and requests that copies of all papers in this action be served upon the undersigned.

**WALSH PIZZI O'REILLY FALANGA LLP**

Dated: February 11, 2019    By:    *s/ Eleonore Ofosu-Antwi*
                                        Eleonore Ofosu-Antwi