Liza M. Walsh
Marc D. Haefner
WALSH PIZZI O'REILLY FALANGA LLP
One Riverfront Plaza
1037 Raymond Blvd., Suite 600
Newark, New Jersey 07102
(973) 757-1100

Peter D. Vogl
David Litterine-Kaufman
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, New York 10019-6142
(212) 506-5000

*Attorneys for Plaintiff*
*KARS 4 KIDS INC.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| KARS 4 KIDS INC., | Civil Action No. 14-7770 (PGS/LHG) |
| Plaintiff, | **ORDER GRANTING MOTION** ***IN LIMINE*** **NO. 1 TO EXCLUDE THE ENTIRETY OF BRYCE R. COOK'S OPINIONS** |
| v. | |
| AMERICA CAN!, | *Electronically Filed* |
| Defendant. | |

**THIS MATTER** having been brought before the Court by Plaintiff Kars 4 Kids, Inc.'s ("Kars 4 Kids") motion *in limine* to exclude the entirety of Bryce R. Cook's opinions; and the Court having considered the written submissions of the parties and the arguments of counsel, if any, and good and other cause having been shown;

**IT IS ON THIS** _____ day of _____, 2019

**ORDERED** that Kars 4 Kids' motion *in limine* No. 1 is hereby **GRANTED**; and it is further

**ORDERED** that the entirety of Bryce R. Cook's opinions are hereby **EXCLUDED**; and it is further

**ORDERED** that America Can! is not permitted to offer any evidence, testimony, or arguments regarding Bryce R. Cook's reports and/or testimony at trial.

 

Hon. Peter G. Sheridan, U.S.D.J.