Liza M. Walsh
Marc D. Haefner
WALSH PIZZI O'REILLY FALANGA LLP
One Riverfront Plaza
1037 Raymond Blvd., Suite 600
Newark, New Jersey 07102
(973) 757-1100

Peter D. Vogl
David Litterine-Kaufman
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, New York 10019-6142
(212) 506-5000

*Attorneys for Plaintiff*
*KARS 4 KIDS INC.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| KARS 4 KIDS INC., <br><br> Plaintiff, <br><br> v. <br><br> AMERICA CAN!, <br><br> Defendant. | Civil Action No. 14-7770 (PGS/LHG) <br><br> **NOTICE OF MOTION *IN LIMINE* NO. 3 TO EXCLUDE EVIDENCE, TESTIMONY, AND ARGUMENT REGARDING AMERICA CAN'S BUSINESS REGISTRATIONS** <br><br> *Electronically Filed* <br><br> **ORAL ARGUMENT REQUESTED** |

**PLEASE TAKE NOTICE** that pursuant to the schedule to be set forth by the Court, the undersigned counsel for Plaintiff Kars 4 Kids, Inc. ("Kars 4 Kids") shall move *in limine* before the Honorable Peter G. Sheridan, U.S.D.J., at the United States District Court for the District of New Jersey, 402 East State Street, Trenton, New Jersey, for an Order to exclude Defendant America Can! ("America Can") from offering any evidence, testimony, or arguments regarding America Can's business registrations.

**PLEASE TAKE FURTHER NOTICE THAT** in support of the within motion *in limine* No. 3, Kars 4 Kids will rely upon its Brief, Declaration of Briggs M. Wright with exhibits attached

thereto, and any additional submissions made hereafter. A proposed form of Order is also submitted for the Court's consideration.

Dated: February 14, 2019

Respectfully submitted,

*s/ Liza M. Walsh*
Liza M. Walsh
Marc D. Haefner
Eleonore Ofosu-Antwi
WALSH PIZZI O'REILLY FALANGA LLP
One Riverfront Plaza
1037 Raymond Blvd., Suite 600
Newark, NJ 07102
Phone: (973) 757-1100
Fax: (973) 757-1090

*Of Counsel:*

Peter D. Vogl
David Litterine-Kaufman
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, New York 10019-6142
(212) 506-5000

*Attorneys for Plaintiff*
*KARS 4 KIDS INC.*