# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| KARS 4 KIDS INC.,<br><br>    Plaintiff,<br><br>v.<br><br>AMERICA CAN!,<br><br>    Defendant. | Civil Action No. 14-7770 (PGS/LHG)<br><br>**DECLARATION OF BRIGGS M. WRIGHT IN SUPPORT OF PLAINTIFF KARS 4 KIDS INC.'S MOTION *IN LIMINE* NO. 3 TO EXCLUDE EVIDENCE, TESTIMONY, AND ARGUMENT REGARDING AMERICA CAN'S BUSINESS REGISTRATIONS** |

I declare as follows:

1. I am an attorney with the law firm of Orrick, Herrington & Sutcliffe LLP, and counsel of record for Plaintiff Kars 4 Kids Inc. ("Kars 4 Kids"). I make this declaration of my own personal knowledge and, if called as a witness, I could and would testify competently to the truth of the matters set forth herein.

2. Attached hereto as **Exhibit 1** is a true and correct copy of documents purporting to be assumed name certificates filed with the Office of the Secretary of State of Texas produced by Defendant America Can! ("America Can") in the above-captioned litigation.

3. Attached hereto as **Exhibit 2** is a true and correct copy of excerpts from the transcript of the deposition of America Can's witness and CEO Richard Marquez, dated November 14, 2017.

I hereby declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed in New York, NY on February 14th, 2019.

/s/ 
Briggs M. Wright

# EXHIBIT 1

) 0 1 1 1 3 0 2 4 9 3

FEE FOR FILING AT OFFICE OF SECRETARY OF STATE: $25.00

FILED
In the Office of the
Secretary of State of Texas

AUG 1 4 1989

Clerk I M
Corporations Section

## ASSUMED NAME CERTIFICATE
## FOR AN INCORPORATED BUSINESS OR PROFESSION

1. The assumed name under which the business or professional service is or is to be conducted or rendered is **Cars for Kids**.

2. The name of the incorporated business or profession as stated in its Articles of Incorporation or comparable document is **Texans Can !**

3. The state, country, or other jurisdiction under the laws of which it was incorporated is **Texas**, and the address of its registered or similar office in that jurisdiction is **4245 N. Central Expressway, Suite 430, LB 130, Dallas, Texas 75205**.

4. The period, not to exceed ten years, during which the assumed name will be used is **10 years**.

5. The corporation is a (circle one): business corporation, **non-profit corporation**, professional corporation, professional association or other type of corporation (specify) _____, or other type of incorporated business, professional or other association or legal entity (specify) _____.

6. If the corporation is required to maintain a registered office in Texas, the address of the registered office is **11106 Snow White, Dallas, Texas 75229** and the name of its REGISTERED AGENT at such address is **John K. England**.
The address of the principal office (if not the same as the registered office) is _____.

7. If the corporation is not required to or does not maintain a registered office in Texas, the office address in Texas is _____, and if the corporation is not incorporated, organized or associated under the laws of Texas, the address of its place of business in Texas is _____ and the office address elsewhere is _____.

8. The county or counties where business or professional services are being or are to be conducted or rendered under such assumed name are (if applicable, use the designation "ALL" or "ALL EXCEPT ___"):

ALL COUNTIES IN TEXAS

*[signature]*
Signature of officer, representative or attorney-in-fact of the corporation

Before me on this **11th** day of **August**, 19 **89**, personally appeared **David K. Page** and acknowledged to me that he executed the foregoing certificate for the purposes therein expressed.

(Notary seal)

*[signature]*
Notary Public **Dallas** County

Dorothy F. Waterbury, Notary Public
In And For The State of Texas
My Commission Expires 5-9-92

NOTE: A certificate executed and acknowledged by an attorney-in-fact shall include a statement that the attorney-in-fact has been duly authorized in writing by his principal to execute and acknowledge the same.

CAN-00000337

)0111302494

## ATTORNEY'S CERTIFICATE AND ACKNOWLEDGEMENT

    I hereby certify and acknowledge that I am the attorney-in-fact for Texans Can! and have been duly authorized in writing by to Texans Can! execute and acknowledge the Assumed Name Certificate to which this certification has been attached.

David H. Pace
State Bar No. 15392950

-2-

CAN-00000338

) 0 1 1 1 5 0 2 4 9 0

FEE FOR FILING AT OFFICE OF SECRETARY OF STATE: $25.00

FILED
In the Office of the
Secretary of State of Texas

AUG 1 4 1989

Clerk I.M
Corporations Section

## ASSUMED NAME CERTIFICATE
## FOR AN INCORPORATED BUSINESS OR PROFESSION

1. The assumed name under which the business or professional service is or is to be conducted or rendered is __Kars for Kids__.

2. The name of the incorporated business or profession as stated in its Articles of Incorporation or comparable document is __Texans Can !__.

3. The state, country, or other jurisdiction under the laws of which it was incorporated is __Texas__, and the address of its registered or similar office in that jurisdiction is __4245 N. Central Expressway, Suite 430, LB 130, Dallas, Texas 75205__.

4. The period, not to exceed ten years, during which the assumed name will be used is __10 years__.

5. The corporation is a (circle one): business corporation, (non-profit corporation,) professional corporation, professional association or other type of corporation (specify) _____, or other type of incorporated business, professional or other association or legal entity (specify) _____.

6. If the corporation is required to maintain a registered office in Texas, the address of the registered office is __11106 Snow White, Dallas, Texas 75229__ and the name of its REGISTERED AGENT at such address is __John K. England__. The address of the principal office (if not the same as the registered office) is _____.

7. If the corporation is not required to or does not maintain a registered office in Texas, the office address in Texas is _____; and if the corporation is not incorporated, organized or associated under the laws of Texas, the address of its place of business in Texas is _____ and the office address elsewhere is _____.

8. The county or counties where business or professional services are being or are to be conducted or rendered under such assumed name are (if applicable, use the designation "ALL" or "ALL EXCEPT ____"):

ALL COUNTIES IN TEXAS

_[signature]_
Signature of officer, representative or attorney-in-fact of the corporation

Before me on this __11th__ day of __August__, 19 __89__, personally appeared __Daniel R. Peau__ and acknowledged to me that he executed the foregoing certificate for the purposes therein expressed.

(Notary seal)

_Dorothy F. Waterbury_
Notary Public __Dallas__ County

Dorothy F. Waterbury, Notary Public
In And For The State of Texas
My Commission Expires 5-9-92

NOTE: A certificate executed and acknowledged by an attorney-in-fact shall include a statement that the attorney-in-fact has been duly authorized in writing by his principal to execute and acknowledge the same.

CAN-00000335

10111502491

## ATTORNEY'S CERTIFICATE AND ACKNOWLEDGEMENT

I hereby certify and acknowledge that I am the attorney-in-fact for Texans Can! and have been duly authorized in writing by Texans Can! to execute and acknowledge the Assumed Name Certificate to which this certification has been attached.

David H. Pace
State Bar No. 15392950

CAN-00000336

# **EXHIBIT 2**

```
 1   IN THE UNITED STATES DISTRICT COURT

 2   FOR THE DISTRICT OF NEW JERSEY
     ------------------------------------------------X
 3   KARS 4 KIDS INC.,

 4                       Plaintiff,

 5      -vs.-

 6   AMERICA CAN!

 7                       Defendant.

 8   Civil Action No. 14-7770
     ------------------------------------------------X
 9
10                         2200 Ross Avenue
                           Dallas, Texas
11
                           November 14, 2017
12                         9:27 a.m.

13

14        VIDEOTAPED DEPOSITION of RICHARD MARQUEZ,

15   before Terralyn J. Gentry, CSR in and for the

16   State of Texas.

17

18

19

20

21

22

23        ELLEN GRAUER COURT REPORTING CO. LLC
            126 East 56th Street, Fifth Floor
24              New York, New York 10022
                      212-750-6434
25                   REF:  116147
```

```
 1   A P P E A R A N C E S:

 2

 3   ORRICK, HERRINGTON & SUTCLIFFE LLP

 4   FOR THE PLAINTIFF:

 5       51 West 52nd Street

 6       New York, New York 10019-6142

 7   BY:  DAVID LITTERINE-KAUFMAN

 8        PETER D. VOGL

 9        (212) 506-3540

10        dlitterinekaufman@orrick.com

11        pvogl@orrick.com

12

13

14   DELEON LAW GROUP

15   FOR THE DEFENDANT:

16       15851 Dallas Parkway, Suite 600

17       Addison, Texas 75001

18   BY:  J. MANUEL TORRES-RODRIGUEZ

19        (214) 561-8687

20        manny.torres@attorney-cpa.com

21

22

23

24

25
```

```
 1   A P P E A R A N C E S: (Cont'd)
 2
 3   YANAROS LAW, P.C.
 4   FOR THE DEFENDANT:
 5   BY:   VALERIE WILDE
 6         (512) 826-7553
 7         valerie@yanaroslaw.com
 8
 9
10   ALSO PRESENT:
11         Richard Osborn, Videographer
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1   ------------------- I N D E X -------------------
 2   WITNESS                 EXAMINATION BY              PAGE
 3   RICHARD MARQUEZ         MR. LITTERINE-KAUFMAN         8
 4                           MR. TORRES-RODRIGUEZ        217
 5
 6
 7   ----------------- E X H I B I T S -----------------
 8   PLAINTIFF'S     DESCRIPTION                       FOR I.D.
 9   Exhibit 1       4/22/13 email chain between          42
10                   Brown, Marquez, Bernal, and
11                   Harbeson w/assumed names
12                   attachment
13   Exhibit 2       7/20/93 - Cars for Kids, Car         78
14                   Contribution Campaign
15                   Dallas Can Academy
16   Exhibit 3       Revocation of Attorney/              85
17                   Domestic Representative and
18                   Appointment of Attorney/
19                   Domestic Representative
20   Exhibit 4       11/29/12 email chain between         88
21                   Marquez and Rios
22   Exhibit 5       4/24/13 email chain between          98
23                   Marquez and Wentworth
24   Exhibit 6       Branding Guidelines                 115
25   Exhibit 7       Website printout                    125
```

| | | | |
|---|---|---|---|
| 1 | -------------- E X H I B I T S (Cont'd)-------------- | | |
| 2 | PLAINTIFF'S | DESCRIPTION | FOR I.D. |
| 3 | Exhibit 8 | 8/19/11 - email from | 130 |
| 4 | | Wentworth to Marquez | |
| 5 | Exhibit 9 | 3/31/14 - email chain | 139 |
| 6 | | between Parish, Marquez, | |
| 7 | | Wentworth, and Rios | |
| 8 | Exhibit 10 | Photograph | 149 |
| 9 | Exhibit 11 | 12/18/12 email from | 153 |
| 10 | | Wentworth to Marquez | |
| 11 | Exhibit 12 | 4/6/12 email chain between | 156 |
| 12 | | Marquez and Wentworth | |
| 13 | Exhibit 13 | 5/12/14 email chain between | 169 |
| 14 | | Marquez and Rios | |
| 15 | Exhibit 14 | 5/21/12 email chain between | 175 |
| 16 | | Marquez, Wentworth, and Rios | |
| 17 | Exhibit 15 | 12/28/12 email chain between | 179 |
| 18 | | Wentworth, Marquez, and Rios | |
| 19 | Exhibit 16 | 12/25/13 email chain between | 183 |
| 20 | | Marquez, Pulianda, and | |
| 21 | | Wentworth | |
| 22 | Exhibit 17 | 2/25/12 email from Marquez | 186 |
| 23 | | to Wentworth | |
| 24 | Exhibit 18 | 3/11/14 email chain between | 189 |
| 25 | | Marquez and Wentworth | |

```
 1     -------------- E X H I B I T S (Cont'd)--------------
 2     PLAINTIFF'S         DESCRIPTION                    FOR I.D.
 3     Exhibit 19          7/5/11 email chain between       197
 4                         Marquez, Rios and Wentworth
 5     Exhibit 20          12/18/13 email chain between     206
 6                         Marquez, Zamora, Jasso,
 7                         Washington, et al.
 8
 9     DEFENDANT'S
10     Exhibit 1           Secretary of State Document      220
11     Exhibit 2           12/91 - Assumed Name             222
12                         Certificate
13     Exhibit 3           8/14/89 - Assumed Name           224
14                         Certificate
15     Exhibit 4           8/14/89 - Assumed Name           225
16                         Certificate
17     Exhibit 5           Business Organizations           226
18                         Inquiry
19
20                 (EXHIBITS TO BE PRODUCED)
21
22
23
24
25
```

```
 1                         MARQUEZ
 2      Q.   Okay.  Do you know if they've been produced
 3  to --
 4      A.   Yes.
 5      Q.   -- the plaintiff?
 6      A.   Yes.
 7      Q.   Are there -- can you describe for me the
 8  particular records you have in mind, just what types of
 9  documents they are?
10      A.   They'll basically say the vehicle -- the
11  vehicle, the VIN numbers, and -- and so all the
12  appropriate information, where it was donated and so on.
13  And I don't know if it has the disposition in there,
14  but -- yeah.
15      Q.   Are the forms similar to Plaintiff's Exhibit 2,
16  the document in front of you?
17      A.   I don't think all of them looked this way.  I
18  think some of them are just on a -- I wouldn't say a
19  spreadsheet, but I think they're laid out in individual
20  sheets.
21      Q.   Okay.  To the best of your knowledge, when did
22  America Can first use the phrase "cars for kids" to
23  advertise its car-donation program?
24      A.   I couldn't tell you.
25      Q.   Okay.  You mentioned an "assumed name
```

```
 1                          MARQUEZ
 2        A.   No, it's a legal, State document.
 3        Q.   Okay.  It wasn't something that America Can
 4   published, was it?
 5        A.   It would be fraud.
 6        Q.   Why would it be fraud?
 7        A.   It's a -- you can't -- you can't forge or
 8   republish or do anything with state documents.  It has a
 9   seal, and they can --
10        Q.   I see.
11        A.   You don't mess with any governmental documents,
12   whatsoever.
13        Q.   Was that document displayed by America Can?
14        A.   No, but it was in the records.
15        Q.   Okay.  It was kept out in a filing --
16        A.   Yes.
17        Q.   -- cabinet?
18        A.   Yeah.
19        Q.   Do you know when America Can first distributed
20   an advertisement that used the phrase "cars for kids"?
21        A.   No.
22                  (Sotto voce discussion between
23                  Mr. Litterine-Kaufman and Mr. Vogl.)
24                  MR. LITTERINE-KAUFMAN:  Let's go off the
25   record for one quick second.  I just need to figure out
```