

**Fox Rothschild LLP**
ATTORNEYS AT LAW

Mail: P.O. Box 5231, Princeton, NJ 08543-5231

Princeton Pike Corporate Center
997 Lenox Drive, Building 3
Lawrenceville, NJ 08648-2311
Tel 609.896.3600 Fax 609.896.1469
www.foxrothschild.com

KAREN A. CONFOY
Direct Dial: 609-844-3033
E-mail: kconfoy@foxrothschild.com

April 18, 2019

**VIA ECF & FEDERAL EXPRESS**
Honorable Peter G. Sheridan, U.S.D.J.
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

Re:    ***Kars 4 Kids Inc. v. America Can!***, Civil A. No. 14-cv-7770 (PGS)(LHG)
       ***America Can! Cars for Kids v. Kars 4 Kids Inc.***, Civil A. No. 16-cv-4232 (PGS)(LHG)

Dear Judge Sheridan:

        This firm, together with co-counsel, represents Defendant/Plaintiff America Can! Cars for Kids in the above-captioned action. Pursuant to the Court's Order, dated April 10, 2019 [ECF No. 185], enclosed please find:

- America Can! Cars for Kids' Proposed Statement of the Case;
- America Can! Cars for Kids' Proposed Jury Charge;
- America Can! Cars for Kids' Proposed Voir Dire Questions; and
- America Can! Cars for Kids' Proposed Verdict Form.

        We thank the Court for its attention to this matter.

                            Respectfully submitted,

                            */s/ Karen A. Confoy*

                            Karen A. Confoy

Enclosures
cc:    All Counsel of Record (via ECF & email)

A Pennsylvania Limited Liability Partnership

California    Colorado    Connecticut    Delaware    District of Columbia    Florida
Illinois    Minnesota    Nevada    New Jersey    New York    Pennsylvania    Texas