Aubrey D. (Nick) Pittman (*pro hac vice*)
**THE PITTMAN LAW FIRM, P.C.**
100 Crescent Court, Suite 700
Dallas, Texas 75201

Valerie Yanaros Wilde (*pro hac vice*)
**YANAROS LAW, P.C.**
5057 Keller Springs Road Suite 300
Addison, Texas 75001

J. Manuel Torres-Rodriguez (*pro hac vice*)
**J. MANUEL TORRES-RODRIGUEZ JD, CPA**
4322 Walnut Hill Lane, Suite 1
Dallas, Texas 75229

Karen A. Confoy
Christopher R. Kinkade
Nancy E. Halpern
Allison L. Hollows
**FOX ROTHSCHILD LLP**
Princeton Pike Corporate Center
997 Lenox Drive
Lawrenceville NJ  08648
Telephone: (609) 896-3600
Facsimile: (609) 896-1469

*Attorneys for America Can! Cars for Kids*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| KARS 4 KIDS INC.,<br><br>Plaintiff,<br><br>v.<br><br>AMERICA CAN!,<br><br>Defendant. | Case No. 3:14-cv-07770-PGS-LHG |
| AMERICA CAN! Cars for Kids,<br><br>Plaintiff,<br><br>v.<br><br>KARS 4 KIDS INC.,<br><br>Defendant. | Case No. 3:16-cv-04232-PGS-LHG |

## **AMERICA CAN! CARS FOR KIDS' PROPOSED VERDICT FORM**

America Can! Cars for Kids requests that the Court present the following Verdict Form to the jury:

By submitting this proposed jury verdict form, America Can! Cars for Kids does not concede that Kars 4 Kids' claims, or any issues relating to those claims, can or should be submitted to the jury.  America Can! Cars for Kids' proposed jury verdict form is made without waiving its motions, its objections to Kars 4 Kids' claims or the evidence admitted, or lack thereof, through the end of trial.

## PROPOSED VERDICT FORM

We, the jury, return the following verdict:

### America Can! Cars for Kids' Trademark Infringement Claim

1.      Do you find by a preponderance of the evidence that America Can! Cars for Kids owns a trademark in CARS FOR KIDS that it used in commerce prior to the date of first use of KARS 4 KIDS and 1-877-KARS-4-KIDS marks in one or more of the geographic areas in dispute?

Answer "**YES**" or "**NO**".

Answer: _____

2.      Do you find by a preponderance of the evidence that one or more of the geographic areas in which Kars 4 Kids, Inc. uses its mark(s) lies within America Can! Cars for Kids' zone of natural expansion.

Answer "**YES**" or "**NO**".

Answer: _____

**Proceed to Question No. 3.**

3.      Do you find by a preponderance of the evidence that America Can! Cars for Kids built an identifiable public image in the activities it conducted in one or more geographic areas so that its image of car donation and auction activities traveled to other areas through advertising or word of mouth?

Answer "**YES**" or "**NO**".

Answer: _____

**Proceed to Question No. 4.**

4.      Do you find by a preponderance of the evidence that America Can! Cars for Kids' trademark CARS FOR KIDS was distinctive prior to the date of first use by Kars 4 Kids, Inc. of KARS 4 KIDS and/or 1-877-KARS-4-KIDS, either because America Can! Cars for Kids' trademark was inherently distinctive or because it had acquired distinctiveness?

Answer "**YES**" or "**NO**".

Answer: _____

<u>If your answer is "Yes," then go to Question No. 5. If your answer is "No," go on to Question No. 9.</u>

**INFRINGEMENT**

5.      Do you find by a preponderance of the evidence that Kars 4 Kids, Inc. uses KARS 4 KIDS and/or 1-877-KARS-4-KIDS in commerce in connection with the sale, offering for sale, distribution, or advertising of goods or services?

Answer "**YES**" or "**NO**".

Answer: _____

**Proceed to Question 6.**

6.      Do you find by a preponderance of the evidence that Kars 4 Kids, Inc. used marks in commerce in connection with the sale, offering for sale, distribution, or advertising of goods or services?

Answer "**YES**" or "**NO**" as to each Mark.

| | | |
|---|---|---|
| KARS 4 KIDS | Yes _____ | No_____ |
| 1-877-KARS-4-KIDS | Yes _____ | No_____ |
| Write Off The Car, Not The Kid | Yes _____ | No_____ |

**Proceed to Question 7.**

7.      Do you find by a preponderance of the evidence that Kars 4 Kids Inc.'s use of the marks KARS 4 KIDS and/or 1-877-KARS-4-KIDS," and/or "Write Off The Car, Not The Kid" causes a likelihood of confusion with America Can! Cars for Kids' Marks?

Answer "**YES**" or "**NO**" as to each Mark.

KARS 4 KIDS                         Yes _____            No_____

1-877-KARS-4-KIDS               Yes _____            No_____

Write Off The Car, Not The Kid      Yes _____            No_____

**Proceed to Question 8.**

8.      Do you find by a preponderance of the evidence that Kars 4 Kids, Inc.'s use of other marks causes a likelihood of confusion?

Answer "**YES**" or "**NO**".

Answer: _____

**Proceed to Question 9.**

**UNFAIR COMPETITION**

9.      Do you find that America Can! Cars for Kids has shown by a preponderance of the evidence that Kars 4 Kids, Inc. engaged in "unfair competition" with America Can! Cars for Kids as that term is used in the jury instructions.

Answer "**YES**" or "**NO**".

Answer: _____

**Proceed to Question 10.**

### DILUTION

10.    Do you find by a preponderance of the evidence that Kars 4 Kids' use of the mark(s) in commerce has caused a dilution, as that term is used in the jury instructions, of or more of America Can! Cars for Kids' Marks?

Answer "**YES**" or "**NO**".

Answer: _____

**Proceed to Question 11.**

### FALSE OR FRAUDULENT REGISTRATION

11.    Has America Can! Cars for Kids' proved by clear and convincing evidence that Kars 4 Kids, Inc. committed fraud or inequitable conduct on the United States Patent and Trademark Office?

Answer "**YES**" or "**NO**".

Answer: _____

**Proceed to Next Question.**

**REMEDIES**

If you answered "Yes" to Question Nos. 7 or 8, answer Question No. 12. If you answered "No" to Question Nos. 7 or 8, do not answer Question No. 12, and proceed to Question 13.

**Damages for Trademark Infringement**

12.     What sum of money, if paid now in cash, would fairly and reasonably compensate America Can! Cars for Kids for the damages that resulted from Kars 4 Kids' conduct?

Answer in dollars and cents. Do not include any amount for interest.

A.     Profits of Kars 4 Kids, Inc. from its use of the Marks.

$_____

B.     Actual damages resulting Kars 4 Kids, Inc.'s use of the Marks.

$_____

**Proceed to Question 13.**

If you answered YES to Question 9, answer Question No. 13. If you answered "No" to Question No. 9, do not answer Question No. 13, and proceed to Question 14.

**Damages for Unfair Competition**

13.     What sum of money, if paid now in cash, would fairly and reasonably compensate America Can! Cars for Kids for the damages that resulted from Kars 4 Kids' Unfair Competition?

Answer separately in dollars and cents for damages, if any.

a.     Damages sustained in the past.

**Damages:**     $_____

b.     Damages that, in reasonable probability, will be sustained in the future.

**Damages:**     $_____

If you answered YES to Question 10, answer Question No. 14. If you answered "No" to Question No. 10, do not answer Question No. 14, and proceed to Question 15.

**Damages for False or Fraudulent Registration**

14.     What sum of money, if paid now in cash, would fairly and reasonably compensate America Can! Cars for Kids for the damages that resulted from Kars 4 Kids' false or fraudulent registration with the United States Patent and Trademark Office?

Answer separately in dollars and cents for damages, if any.

a.     Damages sustained in the past.

**Damages:**     $_____

b.      Damages that, in reasonable probability, will be sustained in the future.

**Damages:**   $_____

## EXCEPTIONAL CASE

<u>If you answered "Yes" to Question Nos. 7, 8, 9, 10 or 11, answer Question No. 15.  If you answered "No" to each of Question Nos. 7, 8, 9, 10 AND 11, do not answer Question No. 15, and proceed to Question 16.</u>

15.     Did America Can! Cars for Kids prove that Kars 4 Kids' use of the mark was malicious, fraudulent, deliberate or willful?

Answer **"YES" or "NO"** as to each Mark"

Cars for Kids                          Yes _____          No_____

Write Off The Car, Not The Kid        Yes _____          No_____

**Proceed to Next Question.**

**EXEMPLARY DAMAGES**

I If you answered "Yes" to Question Nos. 7, 8, 9, 10 or 11, answer Question No. 16.  If you answered "No" to Question Nos. 7, 8, 9, 10 AND 11, do not answer Question No. 16 or 17, and proceed to Question 18.

16.     Did America Can! Cars for Kids prove that the harm to it resulted from malice or fraud on the part of Kars 4 Kids, Inc.?

Answer "**YES**" or "**NO**".

Answer: _____

**Proceed to Next Question.**

If you answered "Yes" in Question No. 16, answer Question No. 17. If you answered "No", do not answer Question No. 17 and proceed to Question 18.

17.     What sum of money, if any, if paid now in cash, should be assessed against Kars 4 Kids, Inc. and awarded to America Can! Cars for Kids as exemplary damages, if any, for the conduct found in answer to Question No. 16?

"Exemplary damages" means an amount that you may in your discretion award as a penalty or by way of punishment. Factors to consider in awarding exemplary damages, if any, are: (1) the nature of the wrong; (2) the character of the conduct involved; (3) the degree of culpability of Kars 4 Kids; (4) the situation and sensibilities of the parties concerned; (5) the extent to which such conduct offends a public sense of justice and propriety; and (6) the net worth of Kars 4 Kids.

Answer in dollars and cents, if any.

**Damages:**   $_____

## <u>Kars 4 Kids Inc.'s Affirmative Defenses</u>

18.     Has Kars 4 Kids proved preponderance of the evidence that America Can! Cars for Kids' claims are barred because of laches?

Answer "**YES**" or "**NO**".

Answer: _____

**If you answered "Yes" in Question No. 18, answer Question No. 19.**

19.     In what amount, if any, do you find that America Can! Cars for Kids' damages should be reduced as a result of laches?

Write the amount in dollars and cents, if any, in the space provided below.

$ _____

20.     Has Kars 4 Kids proved by a preponderance of the evidence that America Can! Cars for Kids' claims are barred because of consent?

Answer "**YES**" or "**NO**".

Answer: _____

**If you answered "Yes" in Question No. 20, answer Question No. 21.**

21.     In what amount, if any, do you find that America Can! Cars for Kids'

damages should be reduced as a result of consent?

Write the amount in dollars and cents, if any, in the space provided below.

$ _____

## **Attorneys' Fees**

22.     Do you find that America Can! Cars for Kids' has shown by a

preponderance of the evidence that it incurred reasonable and necessary attorneys'

fees?

Answer "**YES**" or "**NO**".

Answer: _____

**If you answered "Yes" in Question No. 22, answer Question No. 23.**

23.     If you answered yes to the previous Question, enter the amount of the

reasonable and necessary attorneys' fees to award to America Can! Cars for Kids.'

Answer in dollars and cents for damages.

$_____

**Kars 4 Kids' Trademark Infringement Claim**

24.    Do you find by a preponderance of the evidence that Kars 4 Kids, Inc. owns a trademark in KARS 4 KIDS that it used in commerce prior to the date of first use by America Can! Cars for Kids' use of the CARS FOR KIDS mark in one or more of the geographic areas in dispute?

Answer "**YES**" or "**NO**".

Answer: _____

> If you answered "Yes" in Question No. 24, answer Question No. 25.  If you answered "No," do not answer Question No. 25 and proceed to Question 26.

25.    Do you find by a preponderance of the evidence that KARS 4 KIDS was distinctive prior to the date of America Can! Cars for Kids' first use of the CARS FOR KIDS mark?

Answer "**YES**" or "**NO**".

Answer: _____

**Proceed to Question 26.**

26.　　Do you find by a preponderance of the evidence that Kars 4 Kids owns a trademark in 1-877-KARS-4-KIDS that it used in commerce prior to the date of first use by America Can! Cars for Kids' use of the CARS FOR KIDS mark in one or more of the geographic areas in dispute?

Answer "**YES**" or "**NO**".

Answer: _____

> If you answered "Yes" in Question No. 26, answer Question No. 27.  If you answered "No," do not answer Question No. 27 and proceed to Question 28.

27.　　Do you find by a preponderance of the evidence that 1-877-KARS-4-KIDS was distinctive prior to the date of America Can! Cars for Kids' first use of the CARS FOR KIDS mark?

Answer "**YES**" or "**NO**".

Answer: _____

> If you answered "Yes" in Question No. 25 or 27, answer Question No. 28.  If you answered "No" to Questions 25 and 27, do not answer Question No. 28 and proceed to Question 31.

**INFRINGEMENT**

28.     Do you find by a preponderance of the evidence that America Can! Cars for Kids uses CARS FOR KIDS in commerce in connection with the sale, offering for sale, distribution, or advertising of goods or services?

Answer "**YES**" or "**NO**".

Answer: _____

**Proceed to Question 29.**

29.     Do you find by a preponderance of the evidence that America Can! Cars for Kids' use of the CARS FOR KIDS mark causes a likelihood of confusion with KARS 4 KIDS?

Answer "**YES**" or "**NO**".

Answer: _____

**Proceed to Question 30.**

30.     Do you find by a preponderance of the evidence that America Can! Cars for Kids' use of the CARS FOR KIDS mark causes a likelihood of confusion with 1-877-KARS-4-KIDS?

Answer "**YES**" or "**NO**".

Answer: _____

**Proceed to Question 31.**

**UNFAIR COMPETITION**

31.     Do you find that Kars 4 Kids, Inc. has shown by a preponderance of the evidence that America Can! Cars for Kids engaged in "unfair competition" with Kars 4 Kids, Inc. as that term is used in the jury instructions?

Answer "**YES**" or "**NO**".

Answer: _____

**Proceed to Question 32.**

**DILUTION**

32.     Do you find by a preponderance of the evidence that America Can! Cars for Kids' use of CARS FOR KIDS in commerce has caused a dilution, as that term is used in the jury instructions, of the mark KARS 4 KIDS?

Answer "**YES**" or "**NO**".

Answer: _____

**Proceed to Question 33.**

33.     Do you find by a preponderance of the evidence that America Can! Cars for Kids' use of CARS FOR KIDS in commerce has caused a dilution, as that term is used in the jury instructions, of the mark 1-877-KARS-4-KIDS?

Answer "**YES**" or "**NO**".

Answer: _____

**Proceed to Question 34.**

**REMEDIES**

<u>If you answered "Yes" to Question Nos. 29, or 30 answer Question No. 34.  If you answered "No" to Question Nos. 29 AND 30, do not answer Question No. 34, and proceed to Question 35.</u>

34.    What sum of money, if paid now in cash, would fairly and reasonably compensate Kars 4 Kids for the damages that resulted from America Can! Cars for Kids' conduct?

<u>Answer in dollars and cents, if any. Do not include any amount for interest.</u>

A.    Profits of America Can! Cars for Kids from its use of the Marks.

$_____

B.    Actual damages resulting from America Can! Cars for Kids' use of the CARS FOR KIDS mark.

$_____

**Proceed to Question 35.**

<u>If you answered YES to Questions No. 31 answer Question No. 35.  If you answered "No" to Questions No. 31, do not answer Question No. 35, and proceed to Question 36.</u>

35.    What sum of money, if paid now in cash, would fairly and reasonably compensate Kars 4 Kids for the damages that resulted from America Can! Cars for Kids' Unfair Competition?

Answer separately in dollars and cents for damages, if any.

a.    Damages sustained in the past.

**Damages:**   $_____

b.     Damages that, in reasonable probability, will be sustained in the future.

**Damages:**   $_____

**Proceed to Question 36.**

<u>If you answered YES to Questions No. 32 answer Question No. 36.  If you answered "No" to Questions No. 32, do not answer Question No. 36, and proceed to Question 37.</u>

36.     What sum of money, if paid now in cash, would fairly and reasonably compensate Kars 4 Kids for the damages that resulted from America Can! Cars for Kids' use of the CARS FOR KIDS mark in dilution?

Answer separately in dollars and cents for damages, if any.

a.     Damages sustained in the past.

**Damages:**   $_____

b.     Damages that, in reasonable probability, will be sustained in the future.

**Damages:**   $_____

**Proceed to Question 37.**

## America Can! Cars for Kids' Affirmative Defenses

37.    Has America Can! Cars for Kids' proved preponderance of the evidence that Kars 4 Kids' claims are barred because of laches?

Answer "**YES**" or "**NO**".

Answer: _____

> If you answered "Yes" in Question No. 37, answer Question No. 38. If you answered "NO", proceed to Question 39.

38.    In what amount, if any, do you find that Kars 4 Kids' damages should be reduced as a result of laches?

Write the amount in dollars and cents, if any, in the space provided below.

$ _____

39.    Has America Can! Cars for Kids' proved by clear and convincing evidence that Kars 4 Kids' claims are barred because of fraud or inequitable conduct on the United States Patent and Trademark Office?

Answer "**YES**" or "**NO**".

Answer: _____

> If you answered "Yes" in Question No. 39, answer Question No. 40.  If you answered "NO", proceed to Question No. 41.

40.     In what amount, if any, do you find that Kars 4 Kids' damages should be reduced as a result of fraud or inequitable conduct on the United States Patent and Trademark Office?

Write the amount in dollars and cents, if any, in the space provided below.

$ _____

41.     Has America Can! Cars for Kids' proved preponderance of the evidence that Kars 4 Kids' claims are barred because of unclean hands?

Answer "**YES**" or "**NO**".

Answer: _____

> If you answered "Yes" in Question No. 41, answer Question No. 42. If you answered "NO", proceed to the next question.

42.     In what amount, if any, do you find that Kars 4 Kids' damages should be reduced as a result of unclean hands?

Write the amount in dollars and cents, if any, in the space provided below.

$ _____

43.     Has America Can! Cars for Kids' proved preponderance of the evidence that Kars 4 Kids' claims are barred because of estoppel?

Answer "**YES**" or "**NO**".

Answer: _____

> If you answered "Yes" in Question No. 43, answer Question No. 44.  If you answered "NO", proceed to Question 45.

44.     In what amount, if any, do you find that Kars 4 Kids' damages should be reduced as a result of estoppel?

Write the amount in dollars and cents, if any, in the space provided below.

$ _____

45.     Has America Can! Cars for Kids' proved by a preponderance of the evidence that Kars 4 Kids' claims are barred because of consent or acquiescence?

Answer "**YES**" or "**NO**".

Answer: _____

> If you answered "Yes" in Question No. 45, answer Question No. 46.  If you answered "NO", proceed to the next question.

46.     In what amount, if any, do you find that Kars 4 Kids' damages should be reduced as a result of consent or acquiescence?

Write the amount in dollars and cents, if any, in the space provided below.

$ _____

47.     Has America Can! Cars for Kids' proved preponderance of the evidence that Kars 4 Kids' claims are barred because of its failure to state a claim for which relief can be granted?

Answer "**YES**" or "**NO**".

Answer: _____

<u>If you answered "Yes" in Question No. 47, answer Question No. 48.  If you answered "NO", proceed to the next question.</u>

48.     In what amount, if any, do you find that Kars 4 Kids' damages should be reduced because of its failure to state a claim for which relief can be granted?

Write the amount in dollars and cents, if any, in the space provided below.

$ _____

**SIGN AND DATE THE VERDICT:**

SO SAY WE ALL, this _____ day of _____, 2019.


_____

(Print Jury Foreperson's Name)


_____

(Jury Foreperson's Signature)

Dated: April 18, 2019                 Respectfully submitted,

<u>s/ Karen A. Confoy</u>
Karen A. Confoy
Christopher R. Kinkade
Nancy E. Halpern
Allison L. Hollows
**FOX ROTHSCHILD LLP**
Princeton Pike Corporate Center
997 Lenox Drive
Lawrenceville NJ 08648-2311
T: 609- 896-3600
F: 609-896-1469
kconfoy@foxrothschild.com
ckinkade@foxrothschild.com
nhalpern@foxrothschild.com
ahollows@foxrothschild.com

Aubrey Nick Pittman (*pro hac vice*)
**THE PITTMAN LAW FIRM, P.C.**
100 Crescent Court, Suite 700
Dallas, Texas 75201

J. Manuel Torres-Rodriguez (*pro hac vice*)
**J.MANUEL TORRES-RODRIGUEZ JD, CPA**
4322 Walnut Hill Lane, Suite 1
Dallas, Texas 75229

Valerie Yanaros Wilde (*pro hac vice*)
**YANAROS LAW, P.C.**
5057 Keller Springs Road Suite 300
Addison, Texas 75001