# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| KARS 4 KIDS INC., | |
| Plaintiff, | Civil Action No. |
| | 3:14-cv-7770 (PGS) (LHG) |
| v. | |
| AMERICA CAN! | |
| Defendant. | |
| AMERICA CAN! Cars for Kids, | |
| Plaintiff, | Civil Action No. |
| | 3:16-cv-4232 (PGS) (LHG) |
| v. | |
| KARS 4 KIDS INC., | |
| Defendant. | |

## VERDICT FORM

1

We, the jury, unanimously find:

## Section I

### Question 1

Has Kars 4 Kids established by a preponderance of the evidence that it owns exclusive rights to use either of its alleged trademarks, 1-877-KARS-4-KIDS or Kars 4 Kids, and that either of those trademarks were infringed by America Can! Cars for Kids in:

____✓____ None of the States in the United States

_____ Some of the States in the United States

_____ All of the States in the United States

### Question 2

Has Kars 4 Kids demonstrated by a preponderance of the evidence that America Can! Cars for Kids <u>willfully</u> used marks confusingly similar to its mark?



_____ Yes

____✓____ No

2

<u>Question 3</u>

If you answered "Some of the States in the United States" in Question 1, in which states do you find that Kars 4 Kids established by a preponderance of the evidence that it owns the exclusive right to use either of its trademarks, 1-877-KARS-4-KIDS or Kars 4 Kids, and that either of those trademarks were infringed by America Can! Cars for Kids?

**<u>Northeast</u>**

_____ Maine

_____ New Hampshire

_____ Vermont

_____ Massachusetts

_____ Connecticut

_____ Rhode Island

_____ New Jersey

_____ Pennsylvania

_____ New York


**<u>South</u>**

_____ Delaware

_____ Maryland

_____ District of Columbia

_____ Virginia

_____ West Virginia

_____ North Carolina

\_\_\_\_\_ South Carolina

\_\_\_\_\_ Georgia

\_\_\_\_\_ Florida

\_\_\_\_\_ Kentucky

\_\_\_\_\_ Tennessee

\_\_\_\_\_ Mississippi

\_\_\_\_\_ Alabama

\_\_\_\_\_ Arkansas

\_\_\_\_\_ Louisiana

\_\_\_\_\_ Texas

\_\_\_\_\_ Oklahoma


**Midwest**

\_\_\_\_\_ North Dakota

\_\_\_\_\_ South Dakota

\_\_\_\_\_ Nebraska

\_\_\_\_\_ Kansas

\_\_\_\_\_ Missouri

\_\_\_\_\_ Iowa

\_\_\_\_\_ Minnesota

\_\_\_\_\_ Wisconsin

\_\_\_\_\_ Michigan

\_\_\_\_\_ Illinois

\_\_\_\_\_ Indiana

\_\_\_\_\_ Ohio

**West**

_____   Montana

_____   Wyoming

_____   Colorado

_____   New Mexico

_____   Arizona

_____   Utah

_____   Idaho

_____   Nevada

_____   Washington

_____   Oregon

_____   California

_____   Alaska

_____   Hawaii

## Section II

Question 4

Has America Can! Cars for Kids established by a preponderance of the evidence that it owns exclusive rights to use its alleged trademark, Cars for Kids, and that trademark was infringed by Kars 4 Kids in:

_____ None of the States in the United States

$\checkmark$ Some of the States in the United States

_____ All of the States in the United States

Question 5

Has America Can! Cars for Kids demonstrated by a preponderance of the evidence that Kars 4 Kids <u>willfully</u> used marks confusingly similar to its mark?

$\checkmark$ Yes

_____ No

Question 6

If you answered "Some of the States in the United States" in Question 4, in which states do you find that America Can! Cars for Kids established by a preponderance of the evidence that it owns the exclusive right to use its trademark and that trademark was infringed by Kars 4 Kids?

**Northeast**

_____ Maine

_____ New Hampshire

_____ Vermont

_____ Massachusetts

_____ Connecticut

_____ Rhode Island

_____ New Jersey

_____ Pennsylvania

_____ New York

**South**

_____ Delaware

_____ Maryland

_____ District of Columbia

_____ Virginia

_____ West Virginia

_____ North Carolina

_____ South Carolina

_____ Georgia

_____ Florida

_____ Kentucky

_____ Tennessee

_____ Mississippi

_____ Alabama

_____ Arkansas

_____ Louisiana

✗ Texas

_____ Oklahoma

## **Midwest**

_____ North Dakota

_____ South Dakota

_____ Nebraska

_____ Kansas

_____ Missouri

_____ Iowa

_____ Minnesota

_____ Wisconsin

_____ Michigan

_____ Illinois

_____ Indiana

_____ Ohio

## West

_____ Montana

_____ Wyoming

_____ Colorado

_____ New Mexico

_____ Arizona

_____ Utah

_____ Idaho

_____ Nevada

_____ Washington

_____ Oregon

_____ California

_____ Alaska

_____ Hawaii

## Section III

Question 7

Has either party established by a preponderance of the evidence that its alleged trademark(s) became famous before the other party commenced use of its alleged trademark(s)? (Select only <u>one</u>.)

_____ Kars 4 Kids

_____ America Can! Cars for Kids

✓ Neither

Instruction:  If you answered "Kars 4 Kids" or "America Can! Cars for Kids" to Question 7, proceed to Question 8.

If you answered "Neither" to Question 7, stop here and proceed to Question 10.

Question 8

Has the party you identified in response to Question 7 established by a preponderance of the evidence that the other party has diluted or is likely to dilute the distinctive quality of its trademark(s) by diminishing the capacity of the trademark(s) to be identified with only one source?

_____ Yes

_____ No

10

Question 9

     Has the party you identified in response to Question 7 established by a preponderance of the evidence that the other party <u>willfully</u> diluted its trademark(s)?

_____ Yes

_____ No

Section IV

Question 10

Has America Can! Cars for Kids shown by clear and convincing evidence that
Kars 4 Kids knowingly procured its registration of its trademark 1-877-KARS-4-
KIDS, by false or fraudulent declarations or representations, orally or in writing, or
by any false means, to the United States Patent and Trademark Office, and that the
United States Patent and Trademark Office relied on those false or fraudulent
representations in granting the registration of 1-877-KARS-4-KIDS?

Yes _____

No __✓__

Date: 5/28/19                    Signed:

Time: 3:13                                    Jury Foreperson

12