# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| KARS 4 KIDS INC., <br><br> Plaintiff, <br><br> v. <br><br> AMERICA CAN!, <br><br> Defendant. | Civil Action No. 3:14-cv-7770 (PGS/LHG) |
| AMERICA CAN! CARS FOR KIDS, <br><br> Plaintiff, <br><br> v. <br><br> KARS 4 KIDS INC., <br><br> Defendant. | Civil Action No. 3:16-cv-4232 (PGS/LHG) <br><br> **DECLARATION OF BRIGGS M. WRIGHT IN SUPPORT OF KARS 4 KIDS INC.'S MEMORANDUM OF LAW REGARDING POST-TRIAL REMEDIES** |

I declare as follows:

1. I am an attorney with the law firm of Orrick, Herrington & Sutcliffe LLP, and counsel of record for Kars 4 Kids Inc. ("Kars 4 Kids"). I make this declaration of my own personal knowledge and, if called as a witness, I could and would testify competently to the truth of the matters set forth herein.

2. Attached hereto as **Exhibit 1** is a true and correct copy of excerpts from the trial transcript in the above-captioned litigation.

3. Attached hereto as **Exhibit 2** is a true and correct copy of trial exhibit K4KX-025 in the above-captioned litigation.

4. Attached hereto as **Exhibit 3** is a true and correct copy of trial exhibit ACCFK 138 in the above-captioned litigation.

I hereby declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed in New York, NY on June 28th, 2019.

/s/ _____
Briggs M. Wright