# Exhibit 1

Mintz - Direct - Vogl

1    A.    Not exclusively, but primarily yes.

2    Q.    Why did you decide to primarily help Jewish kids?

3    A.    Well, I care about all kids, but the fact is that every

4    person has to be able to find their niche and find what

01:53    5    they're good at and become great at it.  You know, I grew up

6    in the streets of Staten Island and Brooklyn where I got

7    beaten for being Jewish, got called names, heil Hitler, back

8    to the gas chambers, all these type of things; and I think

9    that Jewish kids had unique challenges and culture that I feel

01:53    10    that I'm best equipped to help them with.  And therefore, you

11    know, it's not that we don't -- we think that -- I feel that

12    we can do the best at helping Jewish kids, we know their

13    culture, and it's just -- I think every -- there should be

14    charities for every group, I do best with our group.

01:54    15    Q.    Did the OKR Fund advertise the Kars 4 Kids car donation

16    program at the time it was founded in 1995?

17    A.    Yes.

18    Q.    How did the OKR Fund advertise?

19    A.    Well, then we were doing gorilla marketing which is the

01:54    20    onset, we printed flyers and bumper stickers and anything and

21    we stuck them up wherever we can; we had a bunch of volunteers

22    and we just plastered wherever we can.

23    Q.    So you used the phrase gorilla marketing, just for

24    everyone's understanding what do you understand by gorilla

01:54    25    marketing?

*United States District Court*
*Trenton, New Jersey*

Mintz - Direct - Vogl

1    A.   Some of the ways we expanded was we started doing -- you

2    know, we had our silent auction which we sent out across the

3    country, and we also I think in some of the Jewish newspapers,

4    and postcards, we did postcards.

01:56    5          MR. VOGL:  I'd like to bring up 183, it's already

6    been admitted in evidence.  It's K4KX 183.

7    Q.   Rabbi Mintz, do you recognize this document?

8    A.   Yeah.

9    Q.   Please describe what it is.

01:56    10   A.   This is from our earlier postcards it says:  Selling your

11   car, tired of playing salesman, call donate to

12   1-877-Kars-4-Kids.

13   Q.   And when was this postcard distributed?

14   A.   This was distributed in '97, '98, '99, those years.

01:57    15   Q.   And this postcard came from your files; correct?

16   A.   Yes.

17   Q.   Rabbi Mintz, what does the man depicted in this

18   advertisement represent?

19   A.   Well, he's opening his jacket showing you his fake old

01:57    20   watches, and basically a slimy used car salesman basically

21   telling people if you want to sell your car, you're going to

22   have to play, you know, used car salesman; who wants to do

23   that, just give to it charity and be done with it and do a

24   good thing with it.

01:57    25   Q.   And where was this postcard mailed?

1   A.   This was mailed throughout the country.

2   Q.   Did you compile a mailing list in order to do that?

3   A.   Well this postcard -- very interesting what we used to do

4   was we would scrape the telephone numbers from the bylines of

01:57   5   the newspapers, you know, they had on the back I think it was

6   Saturday and Wednesday, you know, used cars for sale, we would

7   take those numbers, put it into a program called ProCD, and

8   then ProDC would give us the addresses and we would mail it

9   out to them.  As the, you know, months went by it was

01:58   10   successful, so we used to drive down to Manhattan and get

11   newspapers from other states because you couldn't get them in

12   New Jersey and in Manhattan they'd had these places that would

13   sell out-of-state newspapers and we would scrape the numbers

14   off them and we would send them postcards.  Sometimes we had

01:58   15   the get them overnighted from different states because

16   Manhattan didn't carry them so this went across the country.

17   And that's gorilla marketing.

18   Q.   Were the OKR Fund's advertising campaigns successful?

19   A.   Yes.

01:58   20   Q.   Why do you say that?

21   A.   Well, we flooded the country with our -- all of our

22   gorilla marketing, our postcards our ads and everything and we

23   would start to become known nationwide with our Kars 4 Kids

24   and our 877-Kars-4-Kids.

01:59   25   Q.   Is there any particular campaign that you can recall that

Mintz - Direct - Vogl

1  America Can! was claiming rights in any specific state?

2  A.   Yeah, it says:  We must insist that you immediately cease

3  and desist from all use in Texas of the mark or anything

4  confusingly similar.

02:14  5  Q.   To the best of your understanding were there any other

6  states referenced in this letter?

7  A.   No.

8  Q.   Did you respond to this letter?

9  A.   No.

02:14  10  Q.   Why not?

11  A.   Because we were there on -- in the Dallas Morning News

12  for already two years, we were there in their state before

13  that sending, you know, postcards and flyers and other types

14  of advertisements and we never heard of them.  And therefore

02:15  15  we just figured they're trying to piggyback on us or get us

16  out of the state, we didn't take them seriously especially

17  when the language that they used was -- can I go back to the

18  page before?

19  Q.   Sure.

02:15  20  A.   To read it?  They wrote over here pretty strong language:

21  This recognition was achieved through extensive marketing and

22  advertising efforts including print, broadcast, advertising

23  billboard -- and the Dallas Morning News never heard of Cars

24  For Kids.  So we didn't take it seriously and we just -- we

02:15  25  ignored it.

Landau - Direct - Ofosu-Antwi

1   your binder.  Can you please tell me what it is, if you

2   recognize it?

3   A.   It's the summary from CBS radio of all the invoices for

4   advertising that we purchased for the Kars 4 Kids' marks.

04:55   5   Q.   And you just heard earlier that Kars 4 Kids keeps its

6   invoices from CBS radio in the ordinary course of business,

7   correct?

8   A.   Yes, that's correct.

9        MS. OFOSU-ANTWI:  Your Honor, I'd like to move to

04:56   10   admit Kars 4 Kids Exhibit 226 into evidence.

11       MR. KINKADE:  No objection, your Honor.

12       THE COURT:  Admitted.

13   (Plaintiff's Exhibit 226 moved in evidence.)

14       MS. OFOSU-ANTWI:  Can you please put it up?

04:56   15   BY MS. OFOSU-ANTWI:

16   Q.   Now, can you tell me what the date range is on this set

17   of invoices?

18   A.   So April of 2009 and it goes -- flip through the pages

19   here.  On page 65, it goes to May of 2017.

04:56   20   Q.   And do all of these invoices reflect advertising on CBS

21   radio using the Kars 4 Kids and the 1-877-Kars-4-Kids' mark?

22   A.   Yes.

23   Q.   In 2009 to 2017?

24   A.   Yes, they do.

04:56   25   Q.   And do you know the reach of CBS radio?

United States District Court
Trenton, New Jersey

Landau - Direct - Ofosu-Antwi

1  A.  CBS radio is a national reach.

2  Q.  And how do you know that?

3  A.  Oh, when we purchased the radio, we asked them for the

4  Nielsen reports and where they're -- the amount of people that

04:57  5  listen and things.  We need to know how many people are

6  listening.  We wanted to make sure that we get the most value

7  for our buy.

8      We actually created a formula.  We ask them every so

9  often, we'll ask them for, like, a new report, a new Nielsen,

04:57  10  you know, how many people are listening now.  You know, to

11  your -- to your station.  And then, we'll make sure that we're

12  not overpaying in any of the stations that we're buying.  Make

13  sure that it's -- you know, the price is right.

14  Q.  Do you know how long you've been advertising with CBS

04:57  15  radio?

16  A.  About 2004 or '5.

17  Q.  Can you please turn to Kars 4 Kids Exhibit 222 in your

18  binder.  Can you tell me what it is and if you recognize it?

19  A.  It's an invoice from Bonneville International for Kars 4

04:57  20  Kids for advertising that we placed on their radio station.

21  Q.  And what type of advertising does Bonneville do?

22  A.  So, it's a radio -- it's a radio company.

23  Q.  So, what type of ad would be placed with them?

24  A.  Well, it would be the Kars 4 Kids jingle.

04:58  25  Q.  Now, does Kars 4 Kids keep the invoices from Bonneville

*United States District Court*
*Trenton, New Jersey*

Landau - Direct - Ofosu-Antwi

1   banner.

2   Q.   Do you know where this ad ran?

3   A.   It ran in Miami, St. Louis, Denver, Phoenix, and Tampa.

4   Q.   In addition to the radio, does Kars 4 Kids also advertise

05:05   5   in newspapers?

6   A.   Yes.

7   Q.   And can you tell us which newspapers?

8   A.   So, we've run in regional newspapers such as the *Daily*

9   *News* and the *New York Post*, as well as the *Asbury Park Press*

05:05   10   and the *Star Ledger*, as well as the *Chicago Sun Times*, the

11   *Honolulu Times* and some various papers in Maryland and D.C. as

12   well.  As well as national newspapers.

13   Q.   What was your earliest national newspaper Kars 4 Kids

14   advertised in?

05:05   15   A.   The *Jewish Press*.

16   Q.   And do you know when Kars 4 Kids started advertising in

17   the *Jewish Press*?

18   A.   1998.

19   Q.   Now, to decide on what kind of publications to advertise

05:05   20   in, what are some of the things you consider generally?

21   A.   So we always consider the reach and the circulation as

22   well as the demographic, the person that it's going to be

23   reaching.

24   Q.   And why is this important?

05:06   25   A.   We want to make sure that we're reaching the most people

Landau - Direct - Ofosu-Antwi

1    evidence.

2            THE COURT:  No objection.

3            MR. KINKADE:  No objection, your Honor.

4            THE COURT:  Admitted.

05:08    5    (Plaintiff's Exhibit 203 moved in evidence.)

6    BY MS. OFOSU-ANTWI:

7    Q.   Can you tell us what is on the top right-hand corner of

8    the document?

9    A.   It is an ad to donate your car to Kars 4 Kids and it

05:08   10    includes also the 1-877-Kars-4-Kids' mark as well.

11   Q.   And this would be an ad that Kars 4 Kids placed in the

12   Maryland newspaper in December of 2003, correct?

13   A.   That's correct.

14   Q.   Now, does Kars 4 Kids also advertise via regular mail?

05:08   15   A.   Yes.

16   Q.   And can you please turn to Kars 4 Kids Exhibit 142 in

17   your binder.

18        Can you tell us what this is, if you recognize it?

19   A.   It's a certificate we offered to our donors across the

05:09   20   country for donating their car with a free hotel stay.

21   Q.   Is this certificate kept in the ordinary course of

22   business?

23   A.   Yes.

24        MS. OFOSU-ANTWI:  Your Honor, I'd like to move to

05:09   25   admit Kars 4 Kids Exhibit 142 in evidence.

Landau - Direct - Ofosu-Antwi

1          THE COURT:  Any objections?

2          MR. KINKADE:  No objection, your Honor.

3          THE COURT:  Admitted.

4     (Plaintiff's Exhibit 142 moved in evidence.)

05:09  5  BY MS. OFOSU-ANTWI:

6  Q.  Can you please tell us what mark is on the certificate?

7  A.  So it has the Kars 4 Kids' mark as well as the

8  1-877-Kars-4-Kids' mark.

9  Q.  Do you know when the certificate was offered?

05:09 10  A.  I believe we began offering them in 2001.

11  Q.  And do you know where this certificate was distributed?

12  A.  It was distributed across the country to all of our

13  donors.

14  Q.  In addition to advertising by mail, do you know if Kars 4

05:10 15  Kids advertised online?

16  A.  Yes.

17  Q.  Okay.  How long has Kars 4 Kids been advertising online?

18  A.  Since, at least, 2003.

19  Q.  Can you please turn to Kars 4 Kids Exhibit 92 in your

05:10 20  binder.

21      Can you tell us what it is, if you recognize it?

22  A.  It's an ad from Yahoo advertising center for advertising

23  that we did with the Kars 4 Kids' mark.

24      MS. OFOSU-ANTWI:  Your Honor, I believe this exhibit

05:10 25  is also stipulated to, so I'd like to have it moved into

Landau - Direct - Ofosu-Antwi

1    evidence.

2              THE COURT:  Any objections?

3              MR. KINKADE:  No objection, your Honor.

4              THE COURT:  Admitted.

05:10  5    (Plaintiff's Exhibit 92 moved in evidence.)

6              THE COURT:  What was the number again?  K4KX 92 or

7    93.

8              MS. OFOSU-ANTWI:  I'm sorry, your Honor.

9              THE COURT:  I didn't get that exhibit number.

05:11  10             MS. OFOSU-ANTWI:  92.

11             THE COURT:  Okay.

12             MS. OFOSU-ANTWI:  The one before that was 142.

13             THE COURT:  Got it.

14             MS. OFOSU-ANTWI:  Thank you, your Honor.

05:11  15   BY MS. OFOSU-ANTWI:

16   Q.  Ms. Landau, could you tell us what the date range for the

17   report is?  It should be on the top left-hand corner?

18   A.  June 2003 through September 2003.

19   Q.  Do you know where these ads would have run?

05:11  20   A.  They would have been nationwide.

21   Q.  Now, what does it say on line 3 of the chart on the ad

22   name?

23   A.  North -- North Kars 4 Kids.

24   Q.  Can you please turn to Kars 4 Kids Exhibit 93 in your

05:11  25   binder.

*United States District Court*
*Trenton, New Jersey*

Landau - Direct - Ofosu-Antwi

1          Can you tell us what it is, if you recognize it?

2     A.   It looks like a report from an online marketing for

3     Kars4Kids.org from May, June, and July of 2003.

4     Q.   And is this report kept in the ordinary course of

05:12     5     business at Kars 4 Kids?

6     A.   Yes.

7          MS. OFOSU-ANTWI:  Your Honor, I'd like to move to

8     admit Kars 4 Kids 93 into evidence.

9          THE COURT:  Any objections?

05:12    10         MR. KINKADE:  No objection.

11         THE COURT:  Okay.  Admitted.

12    (Plaintiff's Exhibit 93 moved in evidence.)

13    BY MS. OFOSU-ANTWI:

14    Q.   Now, if you go in the campaign names, other than Google,

05:12    15    could you tell us some of the other ones that are identified

16    on the chart?

17    A.   So, *Overture* was Yahoo advertising at the time.  *Arutz* 7,

18    *DEBKA*, *Haaretz*, the *Insider*, are all online Israeli

19    newspapers.

05:12    20    Q.   Do you know where this ad run?

21    A.   They were national.

22    Q.   Can you turn to Kars 4 Kids 122 in your binder.

23         Can you tell us what it is, if you recognize?

24    A.   It's an invoice from Google for advertising that we did

05:13    25    for Kars 4 Kids. 1.

Landau - Direct - Ofosu-Antwi

1    Q.   Are invoices from Google kept in the ordinary course of

2    business at Kars 4 Kids?

3    A.   Yes.

4         MS. OFOSU-ANTWI:  Your Honor, I'd like to move to

05:13    5    admit Kars 4 Kids Exhibit 122 into evidence.

6         MR. KINKADE:  No objection.

7         THE COURT:  Admitted.

8    (Plaintiff's Exhibit 122 moved in evidence.)

9    BY MS. OFOSU-ANTWI:

05:13    10   Q.   You may have already told me this, Ms. Landau.  Could you

11   tell us what the periods for this invoice is?

12   A.   It's for October of 2009.

13   Q.   And can you tell us what the names of the campaigns are?

14   A.   K4K miscellaneous words, K4K junk drive miscellaneous,

05:13    15   K4K all states, K4K cities, Kars 4 Kids popular words, Google

16   local, Kars 4 Kids popular content.

17        Should I read them all?

18   Q.   No.  That's all right.

19        Can you explain what a few of these are just so we know

05:13    20   what they are?

21   A.   Oh, sure.  So, Google local, that was the main campaign.

22   And most of the key words like the brand, Kars 4 Kids, and car

23   donation, donate car, they went to that campaign.

24        Content normally means like a display ad that's going

05:14    25   to show on the Google content network.  So different than

Landau - Direct - Ofosu-Antwi

1    search.

2        K4K Spanish words.  Those are, like, you know, people

3    looking to donate their cars in Spanish.

4    Q.   In addition to this invoice, can you give us some

5    examples of other ad campaigns you run with Google?

6    A.   So, since we started with Google in about 2003, we

7    actually generated over, like, 600 million impressions on

8    Google search between the search and the display networks.

9        We've driven over 4 million clicks to our website and

10   over 400,000 donations to Google AdWords.

11   Q.   And you said you started advertising with Google in 2003,

12   correct?

13   A.   That's correct.

14   Q.   Can you please turn to Kars 4 Kids Exhibit 224 in your

15   binder.

16   A.   I'm sorry.  I didn't hear you.

17   Q.   224.  Can you tell us what it is, if you recognize it?

18   A.   Sure.  It's the summary from all the invoices we received

19   from Google for advertising on Kars 4 Kids' marks.

20   Q.   You just said that invoices from Google are kept in the

21   ordinary course of business at Kars 4 Kids, correct?

22   A.   Yes, that's correct.

23       MS. OFOSU-ANTWI:  Your Honor, I'd like to move to

24   admit Kars 4 Kids 224 into evidence.

25       MR. KINKADE:  No objection.

Landau - Direct - Ofosu-Antwi

1           THE COURT:  Admitted.

2    (Plaintiff's Exhibit 224 moved in evidence.)

3    BY MS. OFOSU-ANTWI:

4    Q.  Ms. Landau, could you tell us the date range on these

05:15    5    invoices?

6    A.  April of 2009 through April of 2017.

7    Q.  Do you know where these ads would have run?

8    A.  These were national campaigns.

9    Q.  And would these ads feature the Kars 4 Kids' marks?

05:15    10   A.  Yes.  The Kars 4 Kids and sometimes 877-Kars-4-Kids.

11   Q.  Ms. Landau, did Kars 4 Kids also advertise via email?

12   A.  Yes.

13   Q.  Can you please go to Kars 4 Kids Exhibit 98 in your

14   binder.  198.  I'm sorry.

05:16    15       Can you tell us what it is, if you recognize it?

16   A.  So it's an email offering a free vacation when you donate

17   your car with a link to come to our website to donate.

18   Q.  And is this sample -- is this sample email kept in the

19   ordinary course of business at Kars 4 Kids?

05:16    20   A.  Yes.

21       MS. OFOSU-ANTWI:  Your Honor, I'd like to move to

22   admit 198 into evidence.

23           THE COURT:  Any objection?

24           MR. KINKADE:  No objection, your Honor.

05:17    25           THE COURT:  Admitted.

Landau - Direct - Ofosu-Antwi

1   (Plaintiff's Exhibit 198 in evidence.)

2   BY MS. OFOSU-ANTWI:

3   Q.   Ms. Landau, do you know where these emails would have

4   been sent out?

05:17   5   A.   They would have been sent out nationwide through our

6   mailing list.

7   Q.   And were they actually sent out?

8   A.   Yes, I believe so.

9   Q.   And where is your mailing list?

05:17   10   A.   Nationwide.

11   Q.   Do you know when it would have been sent out?

12   A.   I would say between 2003 and 2004.  That's when we were

13   increasing our web presence.

14   Q.   Has Kars 4 Kids also advertised in publications like

05:17   15   magazines?

16   A.   Yes.

17   Q.   Can you please turn to Kars 4 Kids Exhibit 91 in your

18   binder.

19       Can you please tell us what it is, if you recognize it?

05:18   20   A.   Sure.  It's an insertion order for the *Reader's Digest*

21   for Kars 4 Kids.  The date is March of 2005.

22       MS. OFOSU-ANTWI:  Your Honor, the parties have

23   stipulated to this exhibit, so I'd like to have it moved into

24   evidence.

05:18   25       THE COURT:  All right.  No objection, right?

*United States District Court*
*Trenton, New Jersey*

Landau - Direct - Ofosu-Antwi

1        MR. KINKADE:  Your Honor, there's been an objection

2  under Rule 403.

3        THE COURT:  Okay.  Admitted.

4  (Plaintiff's Exhibit 91 moved in evidence.)

05:18   5  BY MS. OFOSU-ANTWI:

6  Q.  Ms. Landau, is this insert kept in the ordinary course of

7  business, the order?

8  A.  Yes.

9        MS. OFOSU-ANTWI:  Your Honor, I'd like to have it

05:19  10  admitted.

11        THE COURT:  What exhibit are you on?  91?

12        MS. OFOSU-ANTWI:  91.

13        THE COURT:  I already admitted that.

14        MS. OFOSU-ANTWI:  Thank you.

05:19  15  BY MS. OFOSU-ANTWI:

16  Q.  Now, Ms. Landau, in deciding to figure out or choose

17  which magazines to place ads in, what do you consider?

18  A.  So we consider the circulation, the reach and

19  demographic, like we discussed.

05:19  20  Q.  And would these factors have been considered in the

21  decision to advertise in the *Reader's Digest*?

22  A.  Yes.

23  Q.  Okay.  Can you please direct your attention to page 4 of

24  the document.

05:19  25        Can you tell us what it says after March 22nd, 2005?

Landau - Direct - Ofosu-Antwi

1   A.   It says it's a half page horizontal, 41,700 for a

2   three-month commitment.

3   Q.   And what is the issue date?

4   A.   Issue date, June 2005.

05:20   5   Q.   And what is the information under additional notes?

6   A.   The Kars 4 Kids June insertion will be one, national.

7   Q.   What does that mean?

8   A.   That it will run across the country.

9   Q.   Can you please turn to Kars 4 Kids Exhibit 126 in your

05:20   10   binder.

11        Can you please tell us what it is, if you recognize it?

12   A.   It's the cover of the *Reader's Digest*, June 2005.

13   Q.   And would this be kept in the ordinary course of business

14   at Kars 4 Kids?

05:20   15   A.   Yes.

16        MS. OFOSU-ANTWI:  Your Honor, I'd like to move to

17   admit Kars 4 Kids 126 into evidence.

18        THE COURT:  Any objections?

19        MR. KINKADE:  We renew our objection under the rule

05:21   20   of completeness, your Honor.

21        THE COURT:  I didn't hear that.

22        MR. KINKADE:  We renew our objection under the rule

23   of completeness.

24        THE COURT:  The rule of completeness?

05:21   25        MR. KINKADE:  Yes, your Honor.  I think we discussed

Landau - Direct - Ofosu-Antwi

1    this at the outset of the case.  It's a partial copy.  Your

2    Honor already ruled on the issue.

3            THE COURT:  Partial copy.  So you want to be heard at

4    sidebar?

05:21    5            MR. KINKADE:  Sure.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Landau - Direct - Ofosu-Antwi

1           (Sidebar begins at 3:21 p.m.)

2           THE COURT:  So I don't recall this completeness

3   argument.  This is what we have, right?

4           MS. OFOSU-ANTWI:  Yes, your Honor.  It has the first

05:22   5   page is the cover page, and then this is the ad that ran.

6           THE COURT:  So you want the whole magazine?

7           MR. KINKADE:  We argued about this.  In fairness to

8   Kars 4 Kids, your Honor, did, I believe, overrule our

9   objection but we're just making a record.

05:22   10          THE COURT:  Okay.  Thanks.  It's admitted, but I'll

11  tell the jury.

12          (Sidebar was concluded at 3:23 p.m.)

13

14

15

16

17

18

19

20

21

22

23

24

25

Landau - Direct - Ofosu-Antwi

1          (Open court.)

2          THE COURT:  K4KX 126 is admitted.

3  (Plaintiff's Exhibit 126 moved in evidence.)

4  BY MS. OFOSU-ANTWI:

05:23   5  Q.  Ms. Landau, could you please go to Page 2 of the

6  document.

7          Can you please describe what's on the top of Page 2 of

8  the document?

9  A.  It's an ad that we ran in the *Reader's Digest*.  It says:

05:23  10  "Donate your car."  It has the 1-877-Kars-4-Kids' mark as well

11  as the Kars 4 Kids' mark.

12  Q.  And do you recall the circulation of the *Reader's Digest*

13  at this time?

14  A.  Well in the millions across the country.

05:23  15  Q.  Can you please turn to Kars 4 Kids Exhibit 135 in your

16  binder.

17          Can you tell us what it is, if you recognize it?

18  A.  It's the cover of the *AAA World Magazine*.

19  Q.  And is this kept in the ordinary course of business at

05:23  20  Kars 4 Kids?

21  A.  Yes.

22  Q.  And what is AAA?

23  A.  The AAA magazines are sent to AAA subscribers, so.

24          MS. OFOSU-ANTWI:  Your Honor, I'd like to move to

05:24  25  admit Kars 4 Kids Exhibit 135 into evidence.

*United States District Court*
*Trenton, New Jersey*

Landau - Redirect - Ofosu-Antwi

1   Q.   America Can! 363.

2   A.   Okay.

3   Q.   Now, in those e-mails did any donations actually get

4   diverted from America Can! Cars For Kids?

01:45   5   A.   I don't think so.

6   Q.   And does donor confusion hurt Kars 4 Kids?

7   A.   Yes, it does.

8   Q.   How does it hurt Kars 4 Kids?

9   A.   People think that -- well, first of all with the gift

01:45   10   card people -- you know, they assume -- they donate after they

11   heard the jingle and then they'll hear the Cars For Kids

12   commercial with the gift card and think oh, you supposed to

13   give me a gift card and then they think we're not being

14   truthful, that we're not giving them the gift card but we

01:45   15   never actually advertised that, so it's very confusing to the

16   consumer.

17   Q.   Now, in 2003 did you advertising reaching reach Texas?

18   A.   Yes, it did.

19   Q.   I know there's been a lot of talk about the cease and

01:45   20   desist letter, and that letter specifically identified Texas;

21   correct?

22   A.   That's correct.

23   Q.   And did any of the ads that we discussed earlier

24   specifically target Texas?

01:45   25   A.   Which ads?

Landau - Redirect - Ofosu-Antwi

1   Q.   The ads that you and I discussed in our direct.

2   A.   No.

3   Q.   Mr. Kincade also showed you some 990s with advertising

4   expenditures for Kars 4 Kids; correct?

5   A.   Yes.

6   Q.   Now, would the advertising that would have been done with

7   this money, would that have been included national ads?

8   A.   Yes.

9   Q.   And do you know if Kars 4 Kids intentionally ever took

10  donations from America Can!?

11  A.   No, we don't take donations from America Can!

12        MS. OFOSU-ANTWI:  That's all I have, your Honor.

13        THE COURT:  All right, thank you.

14        You may step down.

15        THE WITNESS:  Thank you, your Honor.

16        (Witness excused.)

17        THE COURT:  Next witness?

18        MS. OFOSU-ANTWI:  Your Honor, may I approach to pick

19  up my binders?

20        THE COURT:  Yes, you may.

21        MR. VOGL:  Your Honor, we do not have any additional

22  Kars 4 Kids' witnesses, but we do have some additional

23  questions on direct for witnesses that --

24        THE COURT:  Let me hear you at sidebar.

25        MR. VOGL:  Sure.

Cheryl Poldrugach Deposition Portions Read

1   was Richard.

2          "Q. And that's Richard Marquez?

3          "A. Richard Marquez and the board, because ultimately

4   the board was who started with him.

5          "Q. So when you joined America Can! in 2002 were you

6   aware of the plaintiff Kars 4 Kids with a K?

7          "A. No.

8          "Q. When did you first become aware of the plaintiff

9   Kars 4 Kids?

10         "A. '6, '7 timeframe when I went over to Cars world.

11         "Q. And how did you become aware of Kars 4 Kids?

12         "A. Initially from donors that were confused, that's

13  how I learned of it.

14         "Q. Um-hmm.  Has America Can! ever taken donations

15  from donors that had intended to donate to the plaintiff Kars

16  4 Kids?

17         "A. No, we would send them to them because we could

18  usually figure it out that they weren't calling for us and

19  vice versa.  People could call for a tax receipt from Kars 4

20  Kids with a K, and we would just contact them because they

21  thought they donated to us but they didn't.

22         "Q. Did America Can! actually begin advertising in

23  San Francisco around this time?

24         "A. You reference America Can! and I'm confused and I

25  apologize, but America Can! is Cars for Kids in my head and

WENTWORTH - CROSS - VOGL

1   question.

2   BY MR. VOGL:

3   Q.   So, Mr. Wentworth, do you recall yesterday we talked

4   about a letter that your organization wrote my client in 2003.

5   Do you recall that?

6   A.   The cease and desist letter?

7   Q.   Yes, sir.

8   A.   Yes, sir.

9   Q.   And America Can! didn't write my client again until 2013,

10  correct?

11  A.   Correct.

12  Q.   So to be clear, America Can! didn't write my client to

13  ask or demand that they stop using Kars 4 Kids with a K in

14  2004, correct?

15  A.   No, sir.

16  Q.   And America Can! didn't write my client in 2005 to demand

17  that they stop using Kars 4 Kids, did they?

18  A.   No, sir.

19  Q.   In fact, they didn't write to my client at any time

20  between 2006 and 2012 to ask them to demand -- to ask them to

21  stop using Kars 4 Kids, correct?

22  A.   Correct.

23          MR. VOGL:  May I approach, your Honor.

24          THE COURT:  You may.

25          MR. VOGL:  Thank you.