# Exhibit 3

| Table 2 – Comparison of Advertising Expense[15] | K4K | CFK |
|---|---|---|
| 2004 | $ 1,159,377 | N/A |
| 2005 | 2,749,143 | N/A |
| 2006 | 1,221,915 | N/A |
| 2007 | 3,391,639 | N/A |
| 2008 | 5,518,683 | $ 4,292,981 |
| 2009 | 7,104,950 | 3,136,594 |
| 2010 | 8,169,277 | 2,667,363 |
| 2011 | 9,883,372 | 3,568,832 |
| 2012 | 11,264,478 | 3,246,242 |
| 2013 | 11,778,884 | 2,761,304 |
| 2014 | 13,076,547 | 2,301,967 |
| 2008-2014 Total | $ 66,796,191 | $ 21,975,283 |
| All years | $ 75,318,266 | $ 21,975,283 |

---

[15] Sources: K4K0085313.xls, America Can! Form 990's

ACCFK'S EXHIBIT 138