# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| KARS 4 KIDS INC., <br><br> Plaintiff, <br><br> v. <br><br> AMERICA CAN!, <br><br> Defendant. | **JUDGMENT** <br><br> Civil Action No. <br> 3:14-cv-7770 (PGS) (DEA) |
| AMERICA CAN! Cars for Kids, <br><br> Plaintiff, <br><br> v. <br><br> KARS 4 KIDS INC., <br><br> Defendant. | Civil Action No. <br> 3:16-cv-4232 (PGS) (DEA) |

The Court having filed a Memorandum awarding damages and requiring further briefing (ECF No. 325); and for good cause having been shown:

IT IS on this 1st day of April, 2020,

**ORDERED** that a Judgment is entered in the amount of $11,247,542.00 against Kars 4 Kids; and in favor of America Can!.

*s/Peter G. Sheridan*_____
PETER G. SHERIDAN, U.S.D.J.