Liza M. Walsh
Marc D. Haefner
Christine I. Gannon
WALSH PIZZI O'REILLY FALANGA LLP
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, New Jersey 07102
(973) 757-1100

Peter D. Vogl
David Litterine-Kaufman
Christopher J. Cariello
Briggs M. Wright
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, New York 10019-6142
(212) 506-5000

Jonathan Z. King
COWAN, LIEBOWITZ & LATMAN, P.C. 114
West 47th Street, 21st Floor
New York, New York 10036
(212) 790-9200

*Attorneys for Plaintiff*
KARS 4 KIDS INC.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| KARS 4 KIDS INC., | : | Civil Action No. 14-cv-7770 (PGS/LHG) |
| Plaintiff, | : | |
| v. | : | **NOTE OF WITHDRAWAL OF COUNSEL ADMITTED *PRO HAC VICE* AND REMOVAL FROM ELECTRONIC NOTIFICATION** |
| AMERICA CAN!, | : | |
| Defendant. | : | |

To:   William T. Walsh, Clerk
United States District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

PLEASE TAKE NOTICE that Peter D. Vogl of Orrick, Herrington & Sutcliffe LLP withdraws his pro hac vice admission on behalf of Plaintiff Kars 4 Kids Inc. ("K4K") in the above-captioned matter and requests removal from electronic notification.

PLEASE TAKE FURTHER NOTICE that K4K will continue to be represented by Walsh Pizzi O'Reilly & Falanga LLP; Cowan, Liebowitz & Latman, P.C. and Orrick, Herrington & Sutcliffe LLP and that Liza M. Walsh has been duly and properly designated as the "lead attorney to be noticed" on behalf of K4K for purposes of Case Management/Electronic Filing System.

DATED: December 29, 2021

Respectfully submitted,

**WALSH PIZZI O'REILLY FALANGA LLP**

By: /s/ Liza M. Walsh
Liza M. Walsh

*Attorneys for Plaintiff KARS 4 KIDS INC.*